UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2019 JAN 25  A 10: 57

US DISTRICT COURT
BRIDGEPORT CT

In Re: APPLICATION FOR

SEARCH WARRANT

: ss. Bridgeport, Connecticut

# AFFIDAVIT

I, THOMAS J. ARDITO, being duly sworn, depose and state as follows:

1. I am a United States Postal Inspector and have been so employed since January 2003. I have conducted numerous criminal investigations including investigations of narcotics through the mail. I am currently assigned to the Fraud and Prohibited Mail Team, more specifically, assigned to narcotics investigations in which controlled substances, including marijuana and cocaine, are transported in the United States Mail. Based on my training and experience I know that individuals shipping controlled substances via the United States Mail use Express Mail and Priority Mail almost exclusively and often use fictitious names and/or return addresses to prevent them from being identified and apprehended. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe that Priority Mail parcel with delivery confirmation 0311 0820 0000 9772 4659 addressed to Tracy Dapp, 15 Pine Tree Lane, Fairfield, CT 06825 contains controlled substances.

2. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061, and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.



3. The information set forth in this affidavit is based on an investigation I and other law enforcement agents are conducting. This affidavit does not contain every fact known to me with respect to this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of a search warrant for the parcel.

4. On or about October 7, 2011, Priority Mail parcel with delivery confirmation 0311 0820 0000 9772 4659 was identified as a parcel possibly containing a controlled substance. The parcel is addressed to Tracy Dapp, 15 Pine Tree Lane Apt 8C, Fairfield, CT 06825. It bears a return address of Lena Biggs, 8918 N. Onyx St, Tucson, AZ 85742. This parcel measures approximately 14" x 14" x 14", weighs 18 pounds, 10 ounces and bears $56.55 in postage.

5. A review of database records indicates that 15 Pine Tree Lane, Apt 8C, Fairfield, CT 06825 does exist and Tracy Dapp is known to reside and receive mail there. The return address of 8918 N. Onyx St, Tucson, AZ 85742 does exist. However, Lena Biggs is not known to reside or receive mail there.

6. On October 11, 2011, the above-described parcel was examined by a trained narcotics detection dog. The parcel was individually placed among five (5) other similar sized parcels prior to the handler and canine arriving. Upon examination of the parcels, the canine alerted to Priority Mail parcel with delivery confirmation 0311 0820 0000 9772 4659. The handler was not informed this was the suspect parcel and left the area with the canine. The parcels, including Priority Mail parcel with delivery confirmation 0311 0820 0000 9772 4659, were rearranged in different positions on the floor, and the handler and canine were called in again. The canine alerted to Priority Mail parcel with delivery confirmation 0311 0820 0000 9772 4659 addressed to Tracy Dapp, 15 Pine Tree Lane Apt 8C, Fairfield, CT 06825 once again.

7. The canine is a five (5) year-old male Yellow Labrador named Harrison. Harrison is assigned to Detective Mike Kudish of the Connecticut State Police. Harrison was first certified in 2008 and is certified in the detection of cocaine, crack cocaine, heroin, hashish, marijuana, MDMA, methamphetamine, and steroids. Harrison was last re-certified in October 2010 and has had quarterly in-service training sessions since 2008.

8. Based on the above, there is probable cause to believe, and I do believe, that located within Priority Mail parcel with delivery confirmation 0311 0820 0000 9772 4659 addressed to Tracy Dapp, 15 Pine Tree Lane Apt 8C, Fairfield, CT 06825 and bearing a return address of Lena Biggs, 8918 N. Onyx St, Tucson, AZ 85742, is evidence of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

*[signature]*
THOMAS J. ARDITO
UNITED STATES POSTAL INSPECTOR

Subscribed and sworn to before me this 13th day of October 2011.

/s/ William I. Garfinkel
HONORABLE WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE